Concepcion A. Montoya (CM-7174)
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)
*Attorneys for Defendant*
  *LVNV Funding, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANICE N. BACOTE, *on behalf of herself and all others similarly situated* <br><br>　　　　　　　　Plaintiff, <br><br>　- against - <br><br> FEDERAL BOND COLLECTION SERVICES, INC. *also known as* FBCS, INC., LVNV FUNDING, LLC and JOHN DOES 1-25, <br><br>　　　　　　　　Defendants. | 13-cv-01533-SRC-CLW <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Concepcion A. Montoya, Esq. of HINSHAW & CULBERTSON LLP, 780 Third Avenue, 4th Floor, New York, New York 10017, has been retained as counsel for Defendant LVNV Funding, LLC.  Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated: New York, New York
　　　April 15, 2013

　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　*LVNV Funding, LLC*

　　　　　　　　　　　　　　　By: *s/ Concepcion A. Montoya*
　　　　　　　　　　　　　　　　　Concepcion A. Montoya (CM-7147)
　　　　　　　　　　　　　　　780 Third Avenue, 4th Floor
　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　Tel: (212) 471-6200
　　　　　　　　　　　　　　　Email:  cmontoya@hinshawlaw.com

TO:

JOSEPH K. JONES
LAW OFFICES OF JOSEPH K. JONES, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
Tel: (973) 227-5900
Email: jkj@legaljones.com

130557616  1991