# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANICE N. BACOTE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff(s),<br><br><br>       -against-<br><br>FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC.; and LVNV FUNDING, LLC; and JOHN DOES 1-25,<br>                      Defendant. | Civil Case No.: 2:13-cv-01533 SRC-CLW<br><br>**CIVIL ACTION**<br><br>**MOTION FOR ENTRY OF DEFAULT** |

Plaintiff, SHANICE N. BACOTE, requests that the clerk of court enter default against defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff relies upon the record in this case and the certification submitted herein.

Dated: May 6, 2013.

/s/ *Joseph K. Jones*
Joseph K. Jones, Esq.
Law Offices of Joseph K. Jones, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900
(973) 244-0019 facsimile
jkj@legaljones.com
Attorneys for Plaintiff