**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANICE N. BACOTE, on behalf of herself and all others similarly situated, | Civil Case No.: 2:13-cv-01533 SRC-CLW |
| Plaintiff(s), | **CIVIL ACTION** |
| -against- | **CERTIFICATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |
| FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC.; and LVNV FUNDING, LLC; and JOHN DOES 1-25, | |
| Defendant. | |

I, Joseph K. Jones, hereby certifies as follows:

1.      I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2.      The Summons and Complaint were filed on March 12, 2103.

3.      Defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC, was served with a copy of the Summons and Complaint on March 19, 2013, as reflected on the docket sheet by the proof of service filed on April 12, 2013.

4.      An answer to the Complaint was due on April 9, 2013.

5.      Defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC, has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6.      Plaintiff requests that the clerk of court enter default against the defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC.

I further certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated May 5, 2013

/s/ Joseph K. Jones
Joseph K. Jones
Attorney for the Plaintiff