**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANICE N. BACOTE, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC.; and LVNV FUNDING, LLC; and JOHN DOES 1-25,<br><br>Defendant. | Civil Case No.: 2:13-cv-01533 SRC-CLW<br><br>**CIVIL ACTION**<br><br>**ENTRY OF DEFAULT** |

Plaintiff, SHANICE N. BACOTE, requests that the clerk of court enter default against defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC, has failed to plead or otherwise defend, the default of defendant, FEDERAL BOND COLLECTION SERVICES, INC. a/k/a FBCS, INC, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2013.

_____
, Clerk of Court