UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANICE N. BACOTE,<br><br>                    Plaintiff(s),<br><br>-against-<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.; FORD PARTNERS, LTD.; FORD RECEIVABLES, LTD. ; and LVNV FUNDING, LLC; and JOHN DOES 1-25<br>Defendant(s). | Civil Case No.: 2:13-cv-00425 WHW-CLW<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Stipulation of Dismissal will be filed shortly.

Dated: February 27, 2014

*/s/ Joseph K. Jones*

Law Offices of Joseph K. Jones, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff: Shanice N. Bacote*